UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __21-MJ-04371-Torres__

UNITED STATES OF AMERICA

vs.

SERGIO ROMERO,

    **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      [ ] Yes [x] No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     [ ] Yes [x] No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?      [ ] Yes [x] No

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

BY:    /s/ *Bertila Lilia Fernandez*
        Bertila Lilia Fernandez
        Assistant United States Attorney
        Florida Bar No. 124092
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: 305-961-9099
        Email: Bertila.Fernandez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Sergio Romero<br><br>_Defendant(s)_ | ) ) ) ) ) ) )  Case No.  21-MJ-04371-Torres |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 31, 2020 - December 20, 2021___ in the counties of ___Broward and Miami-Dade___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution and receipt of child pornography |
| 18 U.S.C. § 2252(a)(4)(b) | Possession of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

ID #100342

_Complainant's signature_

FBI Special Agent Anthony Moffo
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone

Date: 12/21/2021

_Judge's signature_

City and state: ___Miami, Florida___    United States Magistrate Judge Edwin G. Torres
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anthony Moffo, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2021. I currently serve on the Violent Crimes against Children squad in the FBI's Miami Field Office. My duties include the detection and neutralization of human trafficking and child exploitation. I have received training on the proper investigative techniques for these violations including surveillance techniques; interviewing methods of subjects, witnesses, and victims; and the preparation and execution of arrest, search, and seizure warrants. I have experience in reviewing still images and videos containing sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and I have discussed and reviewed these materials with other law enforcement officers.

2. I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations, execute, and serve search warrants, and make arrests for offenses enumerated in Title 18 of the United States Code, and for offenses against the United States.

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation.

4. The information set forth in this affidavit is provided in support of the attached criminal complaint, charging SERGIO ROMERO ("ROMERO") with the following violations: distribution and receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(b). This affidavit is intended only to establish probable cause and does not

include every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

5. The Kik Messenger application ("Kik") is an instant messaging mobile application owned by MediaLab.AI Inc. and is available for free download on both iOS and Android operating systems. Kik uses the data plan or Wi-Fi connection of an electronic device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content. Kik users are required to register a username. Kik does not require users to register with a telephone number, allowing for user anonymity. Kik maintains a log of each user's internet protocol ("IP") address(es) that can confirm a user's location.

6. The Telegram application ("Telegram") is an instant messaging application owned by a privately held company registered in London and is available for free download on both iOS and Android operating systems. Telegram uses the data plan or Wi-Fi connection of an electronic device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content. Telegram users are required to register a username. Telegram requires users to register with a telephone number to utilize their service. Telegram allows for anonymity and does not comply with legal demands from law enforcement.

7. In or around September 2020, a law enforcement officer serving in an undercover capacity ("UC") was a member of a certain chatroom group on Kik (the "GROUP"). The GROUP members are like-minded individuals who post and/or share videos and images of a pornographic nature including child pornography. Images and videos can be shared directly with the GROUP members or through links to other cloud-based websites, such as MEGA, that maintain images and video files. The GROUP has a membership capacity of approximately 50 members. The UC has previously viewed still images and videos appearing to depict suspected child pornography shared

2

by members in the GROUP. The actual display name and Kik user identification name of the GROUP is known to me but will be withheld from this Complaint to protect ongoing investigations. If the GROUP name is publicly disclosed, it will harm the UC's online identity and ongoing investigations into other targets.

8. An investigation of the GROUP led to the arrest of the individual Kevin Rebolledo ("Rebolledo"). *See* (Case No. 21-mj-04337-CMM). In a recorded post-*Miranda* statement, Rebolledo stated that he had used Telegram to send and receive child pornography. Rebolledo gave law enforcement consent to assume his online identity through Telegram.

9. Law enforcement identified an individual on Telegram with whom Rebolledo was sharing child pornography, "gagepec." "Gagepec" is the individual's Telegram username. "Gagepec" sent the following message to Rebolledo, "I'm gay but something about little girl and dad [*sic*] makes my pedo cock rock hard." "Gagepec" sent Rebolledo multiple videos depicting suspected child pornography. When law enforcement logged into Rebolledo's Telegram account, they were able to see that ROMERO sent a number of videos to Rebolledo, who resides in Miami-Dade County.

10. On May 31, 2020, "gagepec" sent the following videos:

   a. Video 1

      i. Length: 1 min 2 seconds

      ii. Description: What appears to be an adult male engaging in anal sex with a prepubescent boy.

   b. Video 2

      i. Length: 2 min 46 seconds

      ii. Description: What appears to be an adult male engaging in anal sex with an

3

infant aged boy.

11. On June 19, 2020, "gagepec" sent the following video:

   a. Video 3

      i. Length: 1 min 19 seconds

   b. Description: What appears to be an adult male engaging in anal sex with an infant aged boy. The male then ejaculates on to the baby's buttocks.

12. "Gagepec" also created a Telegram group which included Rebolledo and other individuals. The Telegram group name was the devil face emoji. On June 3, 2020, "gagepec" sent a video to the group that is 1 minute, 33 seconds long and depicts what appears to be a prepubescent boy engaging in oral sex with an adult male while masturbating.

13. A second law enforcement officer working in an undercover capacity ("UC 2"), using Rebolledo's Telegram account, messaged Telegram user "gagepec" and asked for his Kik username. The individual replied that his Kik username was "gage_pec." During the conversation with UC 2, "gage_pec" stated that his name was Sergio ROMERO, and that he lived in Hollywood, Florida. ROMERO also provided UC 2 with his telephone number. Open-source databases revealed that this telephone number is associated with a subscriber named Sergio Romero. ROMERO also sent UC 2 a photograph of his face; it was consistent with ROMERO's Florida driver's license photo.

14. During a Telegram message conversation with UC 2, ROMERO stated that he has approximately 200 videos of child pornography on his Telegram account. ROMERO stated that he obtained these videos by trading with other users on Telegram.

15. In addition, on December 19, 2020, ROMERO sent UC 2 three separate videos of a male masturbating. When asked, "Is that you?" ROMERO replied, "what do you mean?" and

"I'm the one taking the video." ROMERO further clarified, "no he's the 15 yo" that ROMERO met on a website called sniffies.com.[1] ROMERO further stated, "we just met in my car and made out, stroked his underage 15 yo cock and then gave him head hehe."

16. ROMERO additionally stated, "[a]nd I'm talking to a 16 yo now" and "I may now [sic] another pedo that has a nephew he wants to watch get used but he said nothing rough."

17. On December 20, 2021, law enforcement approached ROMERO as he arrived at work and arrested him. During a post-*Miranda* interview, ROMERO admitted to possessing, sending, and receiving child pornography videos and images on Telegram. ROMERO provided law enforcement with written consent to search his phone.

18. A preliminary review of ROMERO's Telegram application confirmed that ROMERO was actively sharing and receiving videos and images with other Telegram users containing suspected child pornography, a number of which involved infants.

19. ROMERO further confirmed that he did meet with the 15-year-old male in the videos and recorded him masturbating, in addition to performing oral sex on him. ROMERO attempted to excuse his behavior by saying that the 15-year-old male originally stated that he was an adult. However, ROMERO admitted that after the 15-year-old male admitted to being underage he still engaged in sexual activity with the minor.

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] Sniffies.com is a meetup application for gay, bisexual, and bicurious men. *See* https://sniffies.com (last visited December 21, 2021).

## CONCLUSION

20. Based on the aforementioned information, I respectfully submit that there is probable cause to charge Sergio ROMERO with the offenses of receipt and distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ANTHONY MOFFO
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone, this 21 day of December 2021, in Miami, Florida.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE