# MINUTE ORDER

Page 1

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5             Date: 12/22/2021   Time: 2:00 p.m.

Defendant: SERGIO ROMERO        J#: 02651-506    Case #: 21-MJ-4371-TORRES
AUSA: Billie Fernandez                 Attorney: MICHAEL GELETY (Perm)
Violation: DISTRIBUTION AND RECEIPT OF CHILD PORNOGRAPHY

Proceeding: Pretrial Detention Hearing            CJA Appt:
PTD Hrg Held: ☐ Yes ☐ No       Recommended Bond:
Bond Set: *Pretrial Detention*                Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
**Pretrial Detention Hearing held** - The Court **GRANTS** the Government's Motion for Pretrial Detention, danger to the community

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:       Time:       Judge:            Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:04:22                     Time in Court: 20

s/Edwin G. Torres                                    Magistrate Judge