# COURT MINUTES

Page 1

## Magistrate Judge Alicia M. Otazo-Reyes

King Building Courthouse - 11-1       Date: 1/5/2022   Time: 10:00 a.m.

Defendant: Sergio Romero       J#: 02651-506   Case #: 21-04371-MJ-TORRES
AUSA: Marty Elfenbein       Attorney: Michael Gelety (PERM) (appeared by phone)
Violation: Distribution and Receipt of Child Pornography
Proceeding: Preliminary /Arraignment       CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:
Bond Set at: Pretrial Detention       Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other:

Language: English

Disposition:
**Brady Order not previously given.**

Matter reset

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:       Time:       Judge:       Place:
Report RE Counsel:
PTD/Bond Hearing:
(Prelim/Arraign) or Removal: 1/10/22  10:00 a.m.  Dty MiGim
Status Conference RE:
D.A.R. 10:04:27, 10:06:08       Time in Court: 7 min