UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MJ-04371-TORRES

UNITED STATES OF AMERICA

v.

SERGIO ROMERO,

       **Defendant.**
_____/

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT
## AND PRELIMINARY HEARING

The United States of America, through the undersigned Assistant United States Attorney, files this motion requesting that the Court continue and the arraignment and preliminary hearing of Sergio Romero. As explained below, this is a reactive case that was initiated by complaint on December 20, 2020, the defendant is currently being held pending trial, and the undersigned is will not be able to obtain time with the Grand Jury prior to January 11, 2021.

On December 21, 2021, the defendant was charged by complaint with violating 18 U.S.C. §§ 2252(a)(2), distribution and receipt of child pornography, and 2252(a)(4), possession of child pornography. *See* Ecf No. 1. On December 22, 2021, the Court ordered the Defendant detained pending trial. *See* Ecf No. 4. The Court set the Defendant's arraignment for January 5, 2022. *Id*.

Due to the holidays and recent rise in coronavirus infections the Grand Jury has not convened since December 16, 2021. On January 5, 2021, the defendant agreed to waive his right to a preliminary hearing and continue his arraignment and preliminary hearing until January 10, 2022. At the time of the hearing on January 5, 2022, the government was scheduled to present the indictment in this case on January 6, 2022. However, due to the continued rise in COVID-19 infections the Grand Jury did not reach a quorum on January 6, 2022.

The government is currently scheduled to present to the Grand Jury on January 11, 2022, however, with continuing rise of COVID-19 cases there is no guarantee that there will be a quorum on January 11, 2022. For this reason, the government is requesting that the defendant's arraignment and preliminary hearing is continued until January 20, 2022.

The undersigned contacted counsel for the defendant who does not objection the requested herein.

For the foregoing reasons, the government respectfully requests that the Court grant this motion and enter an order continuing the arraignment and preliminary hearing of the Defendant to January 20, 2022.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

/s/ Bertila Lilia Fernandez
Bertila Lilia Fernandez
Assistant United States Attorney
Florida Bar No. 124092
99 NE 4th Street Miami, Florida
305-961-9099
Bertila.fernandez@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Bertila Lilia Fernandez
Assistant United States Attorney