# COURT MINUTES

Page 9

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**   Date: 1/10/2022   Time: 10:00 a.m.

Defendant: Sergio Romero   J#: 02651-506   Case #: 21-04371-MJ-TORRES-1

AUSA: Jonathan Bailyn   Attorney: Michael Gelety (PERM) _not present_

Violation: Distribution and Receipt of Child Pornography

Proceeding: Preliminary, Arraignment   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

Bond Set at: Pretrial Detention   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: English

Disposition:

*Brady Order not previously given. *

Matter reset
Motion to continue
was Granted

Court made a
finding for
Continuance/waiver
of Speedy Trial
due to COVID/lack
of Grand Jury Quorum

Time from today to 1/20 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal: 1/20   10:00 a.m. Duty  Miami

Status Conference RE:

D.A.R. 10:31:35   Time in Court: 3 min