# MINUTE ORDER

Page 2

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 1/20/22     Time: 10:00 a.m.

Defendant: Sergio Romero     J#: 02651-506     Case #: 22-20009-CR-BLOOM/OTAZO-REYES
AUSA: Shane Butland     Attorney: MICHAEL D. GELETY
Violation: DIST/RECEIPT/POSS OF CHILD PORNOGRAPHY     Surr/Arrest Date:     YOB:

Proceeding: ARRAIGNMENT     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at: PTD     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Counsel files permanent appearance through appeal

*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*

*Brady warning given*

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:11:05     Time in Court: 4 mins

s/Lauren F. Louis     Magistrate Judge