**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20009-BLOOM**

**UNITED STATES OF AMERICA**,

     Plaintiff,

vs.

**SERGIO ROMERO,**
     Defendant

_____/

### ORDER REGARDING PRETRIAL PROCEDURES

THIS CAUSE is set for **Jury Trial** to begin on **Monday, February 28, 2022, at 9:00 a.m.**
It is further **ORDERED** that immediately before trial begins, counsel for both parties shall be
prepared to indicate whether they have complied with the following procedure:

Should any plea offer be made by the Government but not accepted by Defendant, the
Government shall attach to any such offer a cover sheet with space for Defendant and Defendant's
attorney to certify that Defendant has reviewed the plea offer.   The cover sheet shall also include
space for Defendant and Defendant's attorney to certify the dates of signature.   This document
shall be signed by Defendant and Defendant's attorneys before trial.   This document shall not be
filed with the Court or otherwise provided to the Court but shall be maintained within the
Government's case file.   The parties shall not advise the Court whether any plea offer has been
made or, if so, of the contents of any plea offer that might have been made.   *See United States v.*
*Tobin*, 676 F.3d 1264 (11th Cir. 2012).   Before trial begins, the Court will specifically inquire as

1

Case No. 22-cr-20009-BLOOM

to whether the parties have complied with this paragraph of this Order.   The parties shall respond with either a "yes" or "no," without further elaboration.   *If no plea offer has been made or if a plea offer has been made and the requirements of this paragraph have been satisfied, the answer shall be "yes."*

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 22, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:      Counsel of Record

2