IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,                                    CASE NO.: 18-60337-CR-BLOOM

v.

SERGIO ROMERO,

    Defendant.
_____/

## AGREED
## JOINT MOTION TO CONTINUE TRIAL DATE
## (currently February 28, 2022)

COMES NOW the Defendant, Sergio Romero, by and through the undersigned attorney, and, with the specific agreement of the Government through Assistant U.S. Attorney Bertila Fernandez, files this Agreed Joint Motion to Continue the current Trial Date of February 28, 2022 (with Calendar Call Tuesday February 22, 2022) specifically asking this Honorable Court for an Order continuing the trial in this matter, and resetting the trial for at least Sixty (60) days to allow the undersigned to properly prepare for the trial of this serious matter.

The discovery and preparation in this case have progressed, and

the undersigned attorney for Romero has been in regular and frequent contact with A.U.S.A. Fernandez and A.U.S.A. Lacee Monk, meeting with prosecutor Monk and the lead agents to continue negotiations.

Significantly, vigorous, meaningful and very promising plea negotiations have been underway since the very inception of this prosecution, and those negotiations continue, with further meetings anticipated.

Because of the nature of the charges, the age of the Defendant and his lack of any record of arrests, etc. the undersigned also needs additional time to not only arrange viewing of the evidence, but also to retain a Psychologist who will be necessary regardless of the fashion the matter is ultimately resolved -- plea or trial -- and whose input will be invaluable to the ongoing negotiations.

Additionally, the Government's investigation has continued and the Government has announced that they would be seeking to re-convene the Grand Jury to obtain a Superseding Indictment to add other substantive charges against the Defendant Romero.  As of the filing of this Agreed, Joint Motion, the Superseding Indictment has not

been returned; the Defendant has not been Arraigned on the new Superseding Indictment.

The undersigned attorney, a sole practitioner, is and has been finalizing a Post-Conviction ineffective assistance Motion on a life felony (Aggravated Domestic Violence and Kidnapping) (*State v. Travis Wilkins*) as well a similar Motion, in conjunction with his previously filed Habeas Corpus Petition in the Eastern District of Oklahoma (*Shawn Hurst v. Scott Crow*, et. al. 21-cv-308) while frenetically finalizing trial preparation in two (2) multiple count Possession of Child Porn cases, in Manatee County (*State v. McNeela*) and in Broward County (*State v. Wilson*) both of which were just recently and unexpectedly continued. The undersigned needs additional time to further prepare and negotiate this case for Defendant Romero.

This motion is made in good faith and is neither for the purpose of delay nor to gain some tactical or strategic advantage;

The defendant Romero, currently incarcerated and being held under Pre-Trial Detention on this case, has specifically agreed to

this continuance, understanding and specifically agreeing that all extra time and delay caused by this Motion to Continue would be *excludable time* -- the continued investigation and preparation and negotiation of this matter being more critical to the Defendant at this stage. Of course, the Government also agrees this time would be excludable time.

WHEREFORE, this court is respectfully requested to enter an Order granting a continuance of this matter, resetting the trial currently set for February 28, 201922 to a later time, hopefully at least Sixty (60) days.

Respectfully submitted,

\_\_\_s"/*Michael D. Gelety*\_\_\_
MICHAEL D. GELETY, ESQ.
Counsel for Defendant Romero
1209 SE 3rd Avenue
Ft. Lauderdale, FL   33316
(954) 462-4600
Florida Bar #215473
mgeletyattorney@gmail.com

\_\_s"/*Barry Whitlin*\_\_\_
BARRY E. WITLIN, ESQ.
Co-Counsel for Romero
7805 S.W. 6th Court
Plantation, FL 33324

(954)473-4500
barrywitlin@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the Southern District of Florida's CM-ECF system, and served by electronic filing this 16th day of February, 2022, to all Assistant U.S. Attorney Bertila Fernandez, Esq. at Bertila.Fernandez@usdoj.gov

___s"/ *Michael D. Gelety*___
MICHAEL D. GELETY, ESQ.
Counsel for Defendant Romero
1209 SE 3rd Avenue
Ft. Lauderdale, FL   33316
(954) 462-4600
Florida Bar #215473
mgeletyattorney@gmail.com