UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20009-BLOOM

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**SERGIO ROMERO**

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendants' Unopposed Motion to Continue Trial, ECF No. [14]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, February 2, 2022 to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

**THIS CAUSE** is set for **Criminal Jury Trial** at the Wilkie D. Ferguson, Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing at **9:00 a.m. on Monday, May 9th, 2022**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:30 p.m. on Tuesday, April 26, 2022** at the Wilkie D. Ferguson Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The deadline for the tendering of any guilty pleas is set for **April 25, 2022.** *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)). All Pre-Trial Motions, including Motions to Suppress and Motions *in Limine*,

**CASE NO. 21-20009-CR-BLOOM**

shall be filed with the Court prior to Calendar Call.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 16, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2