IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,  CASE NO.: 22-CR-20009-BLOOM

v.

SERGIO ROMERO,

    Defendant.
_____/

***THIRD***
***AGREED***
***JOINT MOTION TO CONTINUE TRIAL DATE***
***(currently July 5, 2022)***

COMES NOW the Defendant, Sergio Romero, by and through the undersigned attorneys, and, with the specific agreement of the Government through Assistant U.S. Attorney Bertila Fernandez, files this *Third* Agreed Joint Motion to Continue the current Trial Date of July 5, 2022 (with Calendar Call Tuesday June 28, 2022) specifically asking this Honorable Court for an Order continuing the trial in this matter, and resetting the trial for at least Sixty (60) days to allow undersigned attorney for Romero and Assistant U.S. Attorney Fernandez to continue their efforts to complete ongoing and prerequisite conditions and underlying efforts and, ultimately to

finalize a plea agreement in this case.

A.U.S.A. Fernandez, has been in trial and has not been able to re-convene the Grand Jury to obtain the Superseding Indictment she has announced, to add other substantive charges against the Defendant Romero. As of the filing of this Agreed, Joint Motion, Prosecutor Fernandez has again verified her intent to seek a Superseding Indictment in the next few weeks adding a totally different charge -- in substance and type.

Unfortunately, because the new charge is independent from the current Possession of Child Porn charges, the Defendant will need to be Arraigned on the new Superseding Indictment, and the undersigned will need to do discovery on the new charges.

The undersigned has continued regular and frequent contact with A.U.S.A. Fernandez and A.U.S.A. Lacee Monk, meeting with prosecutor Monk and the lead agents to continue and complete predicate actions needed to finalize negotiations and, ultimately, a plea agreement. In this regard, significant progress has been made with the serious and ongoing negotiations that have been underway since the very

inception of this prosecution. Negotiations and efforts continue, with further meetings planned.

This motion is made in good faith and is neither for the purpose of delay nor to gain some tactical or strategic advantage;

The defendant Romero has been held under pretrial detention since his arrest on this case, and he has specifically agreed to this continuance, understanding and specifically agreeing that all extra time and delay caused by this Motion to Continue would be *excludable time.*

However, the Defendant Romero understands and agrees the continued investigation and preparation and negotiation of these charges are far more important to the Defendant at this stage. Of course, the Government also agrees this time would be excludable time.

WHEREFORE, this court is respectfully requested to enter an Order granting a continuance of this matter, resetting the trial currently set for July 5, 2022 to a later time, hopefully at least Sixty (60) days.

Respectfully submitted,

___s"/*Michael D. Gelety*___
MICHAEL D. GELETY, ESQ.
Counsel for Defendant Romero
1209 SE 3rd Avenue
Ft. Lauderdale, FL   33316
(954) 462-4600
Florida Bar #215473
mgeletyattorney@gmail.com

__s"/*Barry Whitlin*___
BARRY E. WITLIN, ESQ.
Co-Counsel for Romero
7805 S.W. 6th Court
Plantation, FL 33324
(954)473-4500
barrywitlin@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the Southern District of Florida's CM-ECF system, and served by electronic filing this 8th day of June, 2022, to all Assistant U.S. Attorney Bertila Fernandez, Esq. at Bertila.Fernandez@usdoj.gov

___s"/*Michael D. Gelety*___
MICHAEL D. GELETY, ESQ.
Counsel for Defendant Romero
1209 SE 3rd Avenue
Ft. Lauderdale, FL   33316
(954) 462-4600
Florida Bar #215473
mgeletyattorney@gmail.com