**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20009-BLOOM**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**SERGIO ROMERO**

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** is before the Court on the Defendant's *Ore Tenus* Motion to Continue Trial. Being fully advised, it is

    **ORDERED AND ADJUDGED** that the Motion is **GRANTED.** The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e*., from the date the Motion was raised, June 29, 2022, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

    **THIS CAUSE** is set for **Criminal Jury Trial** at the Wilkie D. Ferguson, Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing at **9:00 a.m. on Monday, August 15, 2022**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:30 p.m. on Tuesday, August 9, 2022,** at the Wilkie D. Ferguson, Jr. Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The deadline for the tendering of any guilty pleas is set for **August 5, 2022.** *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)). All Pre-Trial Motions, including Motions to Suppress and Motions *in Limine*,

CASE NO. 22-20009-CR-BLOOM

shall be filed with the Court prior to Calendar Call.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 29, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record