IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,                                      CASE NO.: 22-CR-20009-BLOOM

v.

SERGIO ROMERO,

        Defendant.

_____/

## AGREED
## MOTION TO FILE THE FOURTH MOTION TO CONTINUE (DE#24) UNDER SEAL

COMES NOW the Defendant, Sergio Romero, by and through the undersigned attorneys, and, with the specific agreement of the Government through Assistant U.S. Attorney Bertila Fernandez, files this Agreed Motion to File the *Fourth* Agreed Joint Motion to Continue (DE #24) **UNDER SEAL** as the Motion to Continue contains confidential and sensitive material which could cause danger to the Defendant and could obstruct or interfere with ongoing investigations.

This motion is made in good faith and is neither for the purpose of delay nor to gain some tactical or strategic advantage;

WHEREFORE, this Court is respectfully requested to enter an

Order granting the Defendant leave to file the Fourth Motion to Continue (DE#24) UNDER SEAL, and directing the Clerk to seal the Joint Fourth Motion to Continue.

Respectfully submitted,

___s"/*Michael D. Gelety*___
MICHAEL D. GELETY, ESQ.
Counsel for Defendant Romero
1209 SE 3rd Avenue
Ft. Lauderdale, FL   33316
(954) 462-4600
Florida Bar #215473
mgeletyattorney@gmail.com

__s"/*Barry Whitlin*___
BARRY E. WITLIN, ESQ.
Co-Counsel for Romero
7805 S.W. 6th Court
Plantation, FL 33324
(954)473-4500
barrywitlin@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the Southern District of Florida's CM-ECF system, and served by electronic filing this 5th day of August, 2022, to all Assistant U.S. Attorney Bertila Fernandez, Esq. at Bertila.Fernandez@usdoj.gov

___s"/*Michael D. Gelety*___
MICHAEL D. GELETY, ESQ.
Counsel for Defendant Romero

2

1209 SE 3rd Avenue
Ft. Lauderdale, FL   33316
(954) 462-4600
Florida Bar #215473
mgeletyattorney@gmail.com