UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY MM\ D.C.

AUG 18 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 22-20009-CR-BLOOM(s)
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

SERGIO ROMERO,

       Defendant.

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

On or about December 19, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SERGIO ROMERO,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and such visual

depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction having actually been transported and transmitted using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNTS 2-5
### Distribution of Child Pornography
### (18 U.S.C. § 2252(a)(2) and (b)(1))

On or about the dates enumerated as to each count listed below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**SERGIO ROMERO,**

did knowingly distribute a visual depiction, using a means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, as set forth below:

| Count | Approximate Date |
|---|---|
| 2 | May 31, 2021 |
| 3 | October 25, 2021 |
| 4 | November 22, 2021 |
| 5 | December 19, 2021 |

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT 6
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2) and (b)(1))

On or about May 31, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SERGIO ROMERO,**

did knowingly receive a visual depiction, using a means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 7
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

On or about December 16, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SERGIO ROMERO,**

did knowingly possess matter, which contained a visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

**COUNT 8**
**Access with Intent to View Child Pornography**
**(18 U.S.C. § 2252A(a)(5)(B) and (b)(2))**

On or about December 16, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SERGIO ROMERO,**

did knowingly access with intent to view material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (B), that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), and 2.

Pursuant to Title 18, United States Code, Section 2252A(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

**FORFEITURE ALLEGATIONS**

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SERGIO ROMERO,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 2251, 2252, and 2252A, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections

2251, 2251A, 2252 or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

 b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

 c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3. The property subject to forfeiture as result of the alleged offense includes, but is not limited to, one (1) iPhone 12.

All pursuant to Title 18, United States Code, Section 2253(a) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BERTILA LILIA FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SERGIO ROMERO

_____/
Defendant.

CASE NO.:20-20009-CR-BLOOM(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No) No
Number of New Defendants 0
Total number of New Counts 3

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   I ☑ 0 to 5 days
   II ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV ☐ 21 to 60 days
   V ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Bloom                Case No. 20-20009-CR-BLOOM
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 21-MJ-04371-TORRES
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Bloom                Case No. 20-20009-CR-BLOOM
9. Defendant(s) in federal custody as of December 20, 2021
10. Defendant(s) in state custody as of
11. Rule 20 from the                District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Bertha Lilia Fernandez
Assistant United States Attorney
FLA Bar No.    124092

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SERGIO ROMERO

**Case No:** 22-20009-CR-BLOOM(S)

Count #: 1

Production of Child Pornography

Title 18, United States Code, Section 2251(a) and (e)
**Min. Term of Imprisonment:** 15 years' imprisonment
**Max. Term of Imprisonment:** 30 years' imprisonment
**Max. Supervised Release:** Life
**Max. Fine:** $250,000

Count #: 2-5

Distribution of Child Pornography

Title 18, United States Code, Section 2552(a)(2) and (b)(1)
**Min. Term of Imprisonment:** 5 years' imprisonment
**Max. Term of Imprisonment:** 20 years' imprisonment
**Max. Supervised Release:** Life
**Max. Fine:** $250,000

Count #: 6

Receipt of Child Pornography

Title 18, United States Code, Section 2552(a)(2) and (b)(1)
**Min. Term of Imprisonment:** 5 years' imprisonment
**Max. Term of Imprisonment:** 20 years' imprisonment
**Max. Supervised Release:** Life
**Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 7

Possession of Child Pornography

Title 18, United States Code, Section 2552(a)(4)(B) and (b)(2)
**Max. Term of Imprisonment:** 20 years' imprisonment
**Max. Supervised Release:** Life
**Max. Fine:** $250,000

Count #: 8

Access with Intent to View Child Pornography

Title 18, United States Code, Section 2552A(a)(5)(B) and (b)(2)
**Max. Term of Imprisonment:** 20 years' imprisonment
**Max. Supervised Release:** Life
**Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**